ADAM S. SIEFF (CAL. BAR. # 302030)
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, CA 90071
Tel.: (213) 633-8618
adamsieff@dwt.com

ERIN E. MURPHY (*pro hac vice* pending)
MATTHEW D. ROWEN (Cal. Bar #292292)
JAMES Y. XI (*pro hac vice* pending)
MITCHELL K. PALLAKI (*pro hac vice* pending)
ILAN J. POSNER (*pro hac vice* pending)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
erin.murphy@clementmurphy.com

*Attorneys for Plaintiff X.AI LLC*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| X.AI LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.: 2:25-cv-12295-JGB-SSC<br>*Honorable Jesus G. Bernal*<br><br>**DECLARATION OF CHRISTOPHER STANLEY IN SUPPORT OF PLAINTIFF X.AI LLC'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**ACTION SEEKING STATEWIDE RELIEF** |

## DECLARATION OF CHRISTOPHER STANLEY

I, CHRISTOPHER STANLEY, declare as follows:

1. I am a Senior Director of Security Engineering for Plaintiff X.AI LLC ("xAI"). I submit this declaration in support of xAI's Motion for Preliminary Injunction. I am over the age of 18 and am competent to make the statements herein. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would competently testify to them.

2. I hold a master's degree in computer science with a specialization in cyber security. I have worked with xAI since 2023 and head its Information Security and IT functions. I have worked in both the private and public sectors and have significant experience with new technologies, monitoring security software, and designing computer infrastructures. I also have experience with artificial intelligence ("AI") systems. In total, I have over a decade of experience operating different computer systems. As a result, I have familiarity and knowledge of the process for developing and training AI systems.

3. Generative AI or gen AI, for short, is a type of artificial intelligence that is capable of creating new content in response to user prompts. It is the fastest growing and most exciting emerging market in the technology space. xAI was founded in 2023 to develop products and compete in that market.

4. xAI produces and develops AI models that it intends to share broadly with members of the public. After months of initial development starting in March and April 2023, xAI launched a limited public release of its first AI model—Grok-1—in November 2023. Since then, xAI has released new versions of that initial model, including Grok-2 (released in August 2024), Grok-3 (released in February 2025), and Grok-4 (released in July 2025). In addition to those new versions, xAI

also releases periodic updates to existing models. For example, xAI released Grok-3 API in April 2024 between the releases of Grok-3 and Grok-4. Most recently, in November 2025, xAI released Grok-4-1; an update to Grok-4 that has been trained to exhibit more interpersonal skills and be more effective at creative writing.

5. As part of its commitment to customer confidence and satisfaction, xAI provides up-to-date information about how its models perform, including, for example, whether its models exhibit political bias and how they fare when being pressured to give the wrong answer to a question. These tests replicate how consumers interact with AI models and therefore reflect how well xAI's models can perform the tasks that consumers give them. Although xAI was founded much later than many of its competitors, its models have consistently topped performance benchmarks, which reflects the effectiveness of xAI's training process.

6. My role at xAI requires familiarity with the development of and building xAI's models. This includes both the coding used to develop the model as well as the training that uses data gathered by xAI's engineers. Data acquisition involves gathering, growing, and assessing the quality of (or "grading") different datasets, and then using those datasets to train xAI's AI models to solve problems.

7. As mentioned above, gen AI models are capable of generating new content to perform specific tasks responsive to user requests. These models use machine learning systems to analyze large amounts of information and recognize patterns, and then use those patterns to generate predictive responses.

8. The data inputted into an AI model has a huge impact on that model's generative capabilities. Broadly speaking, the data used to train an AI model is collected and stored in various datasets. The specific data information within a dataset can vary widely. It can include text, images, videos, audio, or some

combination of all of them. The data may be as simple as a set of data points (think of just a simple spreadsheets containing phone numbers, addresses, and emails) or it can be complex, such as a combination of different text, images, and audio (for example, the entire content saved on a cellphone, including the notes, photos, and voicemails). The datasets themselves may be organized by type of data (e.g., legal data or coding data) or by data source (e.g., purchased licensed data or online, publicly available data).

9. Due to the critical role data plays in the development of AI models, xAI and other AI developers seek to acquire high quality datasets. Higher quality datasets contain data that is more comprehensive, substantive, unique, or diverse than other datasets. AI models trained on higher quality datasets are likely to be more effective, accurate, and reliable than AI trained with lower quality datasets. For this reason, xAI invests substantial time and energy in acquiring high-quality data.

10. Most AI developers use datasets that contain information from publicly available resources like Creative Commons, the Library of Congress's Free to Use and Reuse Sets, or other large repositories of information. Accordingly, that data is often common to all developers. However, developers also acquire and utilize datasets that others do not.

11. In fact, it is often these unique datasets that make one company's AI model different from another. For example, one company's AI model might be better at responding to user prompts about coding because it was trained with unique coding datasets that other companies do not have or even know exist. Developers may also organize their datasets differently or use unique combinations of data to form distinctive datasets. All of these slight variations in the makeup of a dataset

significantly impact an AI model's training and its eventual performance. Therefore, knowing what datasets a developer uses to train a specific AI model provides invaluable insight into how that model operates.

12. At xAI, AI models are developed in several stages. First, the data xAI acquires needs to be cleaned and converted into a numeric format that a computer can read and comprehend. During the cleaning process, xAI engineers review the datasets to remove unnecessary duplicate or incomplete entries. As part of this process, xAI also filters out lower quality data. The engineers also identify high-quality data that is especially useful for the training process—for example, an AI model tasked with recognizing images will initially learn more from clear, crisp photos, than from blurry images.

13. After cleaning, the conversion process follows. This is known as "tokenization." Tokenization requires translating specific data points taken from the cleaned datasets into a list of numerical representations that the model can process called tokens. These tokens are essentially numerical data points that represent words, characters, or phrases. Once the data is tokenized, it is ready to be fed into an AI model for training.

14. The step that follows is pre-training. xAI engineers develop a foundation AI model that is trained using a comprehensive range of datasets and data points. These foundation models are capable of basic gen AI capabilities; they take user prompts, convert them to tokens, use pattern recognition to predict the most likely next token in a sequence, and then convert those predicted tokens back into language, which the user can read and understand. Because of the vast amounts of data xAI developers must input into these foundational models the process of developing and training these models is computationally intensive (requiring

thousands of clustered graphics processing units), time-consuming (weeks of processing), and expensive (costing millions of dollars).

15. The next step is fine-tuning. xAI engineers take a pre-trained foundation model and fine-tune it to respond to specific applications. This can involve adjusting different aspects of the foundation model's code and testing the resulting variations to see which were most effective. One tool the engineers use in this process is reinforcement learning, which involves large amounts of trial and error to train the foundation model's unfiltered and potentially chaotic responses into accurate and reliable outputs.

16. This stage also requires the use of datasets, but as compared to the datasets used in pre-training, the datasets used for fine-tuning are often smaller and higher quality. As mentioned above, high-quality data is key to improving a model's performance, so it is important to make sure that these specially curated datasets contain the highest quality data. xAI spends significant amounts of time and resources to specially curate and label particular data into effective fine-tuning datasets. This includes through proprietary tools that xAI has built to assist with identifying high-quality data during the data collection process.

17. Even once a model is fully fine-tuned and released to the public, it is regularly assessed, refined, and improved during a post-training process. This may occur through further training focused on additional fine-tuning, or by analyzing the model's actual outputs to real-world user prompts.

18. It is my understanding that California Assembly Bill 2013 requires developers of "a generative artificial intelligence system or service" made "publicly available to Californians for use" after January 1, 2022, to "post" on its "website documentation regarding the data used … to train the generative artificial

intelligence system or service." Cal. Civ. Code §3111. I understand that those disclosures must include, but are not limited to, a "high-level summary of the datasets used in the development" of the AI model. *Id.* §3111(a).

19. I also understand that the law lists 12 categories of dataset-related information that developers must disclose as part of that high-level summary, including their sources; a description of how the datasets further the model's intended purpose; their size; whether the datasets contain intellectual property or personal or aggregate consumer information; whether there was any cleaning, processing, or other modification to the datasets; and more. *Id.* §3111(a)(1)-(12).

20. If California requires AI developers, like xAI, to disclose certain information about its datasets, including the sources, sizes, purposes, and processing of the data under this law, it would compel developers to reveal valuable information that would destroy their competitive advantage in the gen AI market.

21. One of the hardest aspects of gen AI development is not necessarily the actual collecting, processing, or even inputting of the data, but in knowing what data to collect. As mentioned, what distinguishes one AI model from another is often the unique datasets used during training. AI developers are constantly trying to figure out what data they are missing that other developers are using and what data is most effective at training AI systems. If xAI were to reveal to its competitors the sources of data it uses to train its AI models, those competitors would know what data xAI has, what data it lacks, and where to look for such data. They would then immediately seek to acquire that data to plug any holes in its models' training. Similarly, if xAI could see what data sources its competitors were using, engineers would use that information to improve xAI's own models by searching for and obtaining any missing data and incorporating that data into the training process.

22. If xAI's competitors had only a rough idea of the types of data xAI was collecting, that would still give them valuable insight into what AI functionalities xAI is working to achieve. For example, if xAI's competitors learned that xAI was collecting datasets focused on medical data, they would be able to deduce from that information what kinds of tasks xAI is trying to teach its AI models to perform and what data xAI considers useful or high quality for training the model to perform that task.

23. That extrapolation process would also occur even if xAI's competitors had only a small window into xAI's datasets. Hints about the types of data, sources of data, and amount of data used to train an xAI model would be invaluable to xAI's competitors, who have the technical know-how to work backwards and figure out what xAI is trying to accomplish. The same applies in reverse. xAI would find it extremely beneficial for its engineers to learn what types or sources of data its competitors are using. If my team had insight into that information, we could discover deficiencies in xAI's own systems relative to competitors and start looking for data that xAI is missing to make up the gap. Any detail about competitors' data sources could be used by xAI to improve its own AI models.

24. The same goes for the number of data points used in each dataset. It would be extremely valuable to xAI's competitors to have insight into the number of data points xAI uses at each stage of the training process. For example, if a competitor knew that xAI uses a legal dataset with two trillion tokens, but the competitor's legal dataset only contains one trillion tokens, that competitor knows it is missing important legal data. In addition, part of what makes an AI model uniquely effective is not only the sources of data used to train that model, but also the unique makeup or combination of different data (e.g., images, audio, text) in the

datasets that xAI uses during the training process. For example, if a competitor knew that xAI was using a certain percentage of images and a certain percentage of text in the datasets it used to train its AI models, that competitor could learn what combination of information xAI has determined is best suited to training xAI's models. The competitor could then use that insight to create higher-quality datasets that it can use to tweak its own models and improve their performance.

25. For that reason, it would be extremely valuable for a competitor to have insight into the cleaning and conversion processes that xAI uses. xAI has developed its own internal system of cleaning datasets to filter out low-quality data and maximize the datasets' effectiveness. If xAI were forced to reveal any details about that process, even at a high level, that could allow its competitors to learn what cleaning methods xAI considers effective and enable them to mimic those methods. Similarly, if xAI knew how its competitors were curating their datasets, it could replicate those processes to improve the data collection and dataset curation process, so that xAI's models can be better trained.

26. While information about the sources of xAI's datasets, the amounts and types of data, and the cleaning and conversion processes would be invaluable for competitors, that sort of technical data is largely meaningless for the average user of AI models. Consumers who use AI models care about the quality, reliability, and accuracy of the model's outputs, and whether it is user friendly. That kind of information is best provided by outside certifiers who test and assess AI models, or from reports released by the AI model's developer itself. That is why xAI conducts those tests and releases such reports. Raw information about sources or types of datasets, however, is unlikely to provide an end-user with any meaningful insight

into whether that AI model is effective. That sort of information is valuable only to competitors.

27. Aside from the competitive advantage xAI would lose if its competitors learned what data sources, data points, and cleaning methods it uses to develop its AI models, xAI would also have to expend significant resources to compile the relevant information to provide detailed disclosures under AB 2013. The datasets used to train xAI's models have been collected, acquired, and refined over several years, and have gone through various iterations. The process of obtaining a list of data sources for all the datasets used for every AI model would be time-consuming and expensive, especially because xAI is constantly improving and refining its datasets and discarding low-quality data based on what information can most improve the effectiveness of its models.

28. The difficulty and expense related to collecting information about datasets used for training and developing xAI's models is especially true of its older AI model versions. While it is theoretically feasible to find the code used for those models, an engineer would need to review in detail and work backwards from that code to figure out which datasets were used. Once the specific datasets are identified, they would need to be tracked down—or in some cases reconstructed if the dataset no longer exists—and then analyzed to determine the data sources and data points used.

29. All of that would take many weeks and dozens of engineers. Taking those resources away from AI development at a time when the competitive AI race is at its peak and is moving at an extremely rapid pace, would be devastating for xAI. That is especially true because the engineers who would likely have the best knowledge about where to find those data sources are the ones who have the most

experience and familiarity with xAI's models and are therefore the ones working on the most cutting edge products that xAI is producing. Dedicating man hours and computation time to finding these old datasets would detract from xAI's ability to produce competitive products that keep pace with new innovations in the market.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of January, 2026, in Palo Alto, California.

CHRISTOPHER STANLEY