UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV25-12295-JGB(SSCx)** | Date | February 23, 2026 |
| Title | *X.AI LLC v. Rob Bonta, etc.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | CS-RS-1 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James Y. Xi | Joseph Henry Meeker |
| Mitchell Keshava Pallaki | Kristin A. Liska |

**Proceedings:**   HEARING ON MOTION FOR PRELIMINARY INJUNCTION (Dkt. No. 22)

The Court hears argument on Plaintiff's Motion for Preliminary Injunction. The Court orders Defendant to contact the California Attorney General Enforcement Section and file a statement informing the Court whether there is any current intention to institute an enforcement action against Plaintiff based on the disclosures Plaintiff has already made. The filing shall be made not later than noon, on Friday, February 27, 2026. The motion stands submitted.

**IT IS SO ORDERED.**