1 | ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA
Deputy Attorney General
State Bar No. 315994
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3916
  Fax:  (415) 703-5480
  E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **X.AI LLC,**<br><br>                        Plaintiff,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                        Defendant. | 2:25-cv-12295-JGB-SSC<br><br>**DEFENDANT'S RESPONSE TO COURT'S FEBRUARY 23 ORDER**<br><br>Judge:     The Honorable Jesus G. Bernal<br>Trial Date:  Not scheduled<br>Action Filed: 12/29/2025 |

1   Defendant Attorney General Rob Bonta submits the following response to the
2   Court's February 23, 2026 order.  Whether and when to pursue enforcement actions
3   under many state laws is within the Attorney General's discretion.  With respect to
4   the Court's question, the Attorney General's Office cannot comment on whether or
5   when the Attorney General intends to pursue specific enforcement actions.  Plaintiff
6   has not alleged or presented evidence of any current enforcement activity against it
7   under AB 2013, which took effect on January 1, 2026.  Should this Court deny
8   plaintiff's motion for a preliminary injunction, plaintiff will remain free to renew its
9   motion in the future should the factual situation change.

Dated:  February 27, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


*/s/ Kristin Liska*

KRISTIN A. LISKA
Deputy Attorney General
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

Case Name:   *X.AI LLC v. Rob Bonta*
Case No.:    **2:25-cv-12295-JGB (SSCx)**

I hereby certify that on February 27, 2026, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

### DEFENDANT'S RESPONSE TO COURT'S FEBRUARY 23 ORDER

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on February 27, 2026, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |