ADAM S. SIEFF (Cal. Bar #302030)
adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

ERIN E. MURPHY (pro hac vice)
JAMES Y. XI (pro hac vice)
MITCHELL K. PALLAKI (pro hac vice)
ILAN J. POSNER (pro hac vice)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Tel.: (202) 742-8900
erin.murphy@clementmurphy.com

*Attorneys for Plaintiff X.AI LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| X.AI LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>　　　　Defendant. | Case No. 2:25-cv-12295-JGB-SSC<br><br>**JOINT STIPULATION TO STAY PENDING APPEAL**<br><br>**ACTION SEEKING STATEWIDE RELIEF**<br><br>Date:　N/A<br>Time:　N/A<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

**JOINT STIPULATION**

Pursuant to Local Rule 7-1, Plaintiff X.AI LLC and Defendant Rob Bonta (the "Parties"), by and through their respective counsel, stipulate as follows:

Plaintiff filed this action on December 29, 2025 (ECF No. 1), and a motion for a preliminary injunction on January 16, 2026 (ECF No. 22), for which a hearing was held on February 23, 2026 (ECF No. 32).

The Court denied Plaintiff's motion for a preliminary injunction on March 4, 2026. *See* ECF No. 35.

Plaintiff intends to appeal the order denying its motion for a preliminary injunction pursuant to 28 U.S.C. § 1292(a)(1).

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint is currently set for March 16, 2026.

The Parties agree that the outcome of Plaintiff's appeal may substantially narrow or resolve the issues before this Court, such that it would be most efficient to stay proceedings before this Court—including Defendant's obligation to file a responsive pleading—pending the outcome of that appeal.

The Parties therefore stipulate and agree, and respectfully request that the Court order, as follows:

1. All proceedings before this Court shall be stayed pending Plaintiff's appeal of this Court's order denying its motion for a preliminary injunction;
2. Defendant shall file a responsive pleading, if any, 30 days after the mandate issues from Plaintiff's appeal;
3. The Parties shall appear for a status conference 60 days after the mandate issues, or as soon thereafter as the Court is available.

Dated: March 16, 2026

Respectfully submitted,

| | |
|---|---|
| s/Joseph H. Meeker | s/Adam S. Sieff |
| JOSPEH H. MEEKER (Cal. Bar # 336725) | ADAM S. SIEFF (Cal. Bar #302030) |
| KRISTIN A. LISKA (Cal. Bar #315994) | DAVIS WRIGHT TREMAINE LLP |
| STATE OF CALIFORNIA | 350 S. Grand Avenue, 27th Floor |
| DEPARTMENT OF JUSTICE | Los Angeles, CA 90071 |
| 300 S. Spring Street, Suite 9150-15 | Tel.: (213) 633-8618 |
| Los Angeles, CA 90013 | adamsieff@dwt.com |
| Tel: (213) 269-6502 | |
| kristin.liska@doj.ca.gov | ERIN E. MURPHY (*pro hac vice*) |
| joe.meeker@doj.ca.gov | JAMES Y. XI (*pro hac vice*) |
| | MITCHELL K. PALLAKI (*pro hac vice*) |
| *Attorneys for Defendant Rob Bonta* | ILAN J. POSNER (*pro hac vice*) |
| | CLEMENT & MURPHY, PLLC |
| | 706 Duke Street |
| | Alexandria, VA 22314 |
| | Tel.: (202) 742-8900 |
| | erin.murphy@clementmurphy.com |
| | james.xi@clementmurphy.com |
| | mitchell.pallaki@clementmurphy.com |
| | ilan.posner@clementmurphy.com |
| | |
| | *Attorneys for Plaintiff X.AI LLC* |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that I have obtained consent from Defendant to affix Mr. Meeker's electronic signature to the document above.

Dated: March 16, 2026

       s/ Adam S. Sieff
         Adam S. Sieff