Name _Adam S. Sieff (CA Bar No. 302030)_

Address _350 South Grand Avenue, 27th Floor_

City, State, Zip _Los Angeles, CA 90071_

Phone _213-633-8618_

Fax _213-633-6899_

E-Mail _adamsieff@dwt.com_

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI LLC <br><br> PLAINTIFF(S), <br> v. <br> ROB BONTA, in his official capacity as California Attorney General <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:25-cv-12295-JGB-SSC <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Plaintiff X.AI LLC_____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Denying preliminary injunction. 28 USC 1292a1. Representation statement attached.

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _March 4, 2026 (ECF 35)_.

A copy of said judgment or order is attached hereto.

March 16, 2026
Date

/S/ Adam S. Sieff
Signature
☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL