# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| X.AI LLC |
| --- |

Name(s) of counsel (if any):

| Adam S. Sieff (CA Bar No. 302030)<br>Erin E. Murphy (pro hac vice)<br>James Y. Xi (pro hac vice)<br>Mitchell K. Pallaki (pro hac vice)<br>Ilan J. Posner (pro hac vice) |
| --- |

Address: | 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071 |

Telephone number(s): | (213) 633-8618 |

Email(s): | adamsieff@dwt.com; erin.murphy@clementmurphy.com; james.xi@clementmurphy.com; mitchell.pallaki@clementmurphy.com; ilan.posner@clementmurphy.com |

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| ROB BONTA, in his official capacity as California Attorney General |
| --- |

Name(s) of counsel (if any):

| Kristin A. Liska (CA Bar No. 315994)<br>Joseph H. Meeker (CA Bar No. 336725) |
| --- |

Address: | 300 S. Spring Street, Suite 9150-15, Los Angeles, CA 90013 |

Telephone number(s): | (213) 269-6502 |

Email(s): | kristin.liska@doj.ca.gov; joe.meeker@doj.ca.gov |

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ☐ Yes ☐ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *Rev. 12/01/2018*