JS-6
(Admin-Stay)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| X.AI LLC,<br><br>               Plaintiff,<br><br>   vs.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>               Defendant. | Case No. 2:25-cv-12295-JGB-SSCx<br><br>**ORDER RE JOINT STIPULATION TO STAY PENDING APPEAL**<br><br>Date:     N/A<br>Time:    N/A<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS     CASE NO. 2:25-cv-12295

## <u>ORDER</u>

Pursuant to the stipulation of the parties, and good cause appearing, the Court orders as follows:

1.     Proceedings before this Court are STAYED pending disposition of Plaintiff's appeal of this Court's order denying its motion for a preliminary injunction;

2.     Defendant shall file a responsive pleading, if any, 30 days after the mandate issues from Plaintiff's appeal; and,

3.     The Parties shall appear for a status conference 60 days after the mandate issues, or as soon thereafter as the Court is available.

**IT IS SO ORDERED.**

Dated:          March 23 , 2026

HONORABLE JESUS G. BERNAL
United States District Court Judge

- 1 -

ORDER GRANTING JOINT STIPULATION TO STAY          CASE NO. 2:25-cv-12295
PROCEEDINGS